```
1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-7155
6     Facsimile:  (415) 436-6748
      Email: ntseng@usdoj.gov
7
   Attorneys for Federal Defendants
8  William Ardren and US Fish & Wildlife Services
```

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFA ABDULHAMID AND AFAF STOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM ARDREN AND US FISH & WILDLIFE SERVICES, and DOES 1 through 10, <br><br> Defendants. | CV 08 1737 PVT <br><br> **NOTICE OF REMOVAL** |

TO:  Clerk, Superior Court of California
     County of Santa Cruz
     701 Ocean Street
     Santa Cruz, CA 95060

     James C. Almeida
     Woodall & Almeida
     1607 Ocean Street, Suite 7
     Santa Cruz, CA 95060

PLEASE TAKE NOTICE that on this day Case No. CV159568 pending in Santa Cruz County Superior Court is being removed to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), 1442(a)(1), and 2679(d)(2), on behalf of federal defendants William Ardren and US Fish & Wildlife Services. Upon direction by the Attorney General of the United States, the undersigned attorneys hereby present the following facts to

NOTICE OF REMOVAL
*Abdulhamid, et al. v. Ardren, et al.*                -1-

the Judges of the United States District Court for the Northern District of California.

1. On February 26, 2008, plaintiffs Safa Abdulhamid and Afaf Stowell filed a Complaint for Personal Injury and Property Damage in Santa Cruz County Superior Court. Plaintiffs were involved in a motor vehicle accident with William Ardren, a US Fish & Wildlife Services employee, on or about June 23, 2006 in Santa Cruz, California.

2. On March 3, 2008, the US Fish & Wildlife Services were served with a copy of the Summons and Complaint. Copies of the Summons, and Complaint are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), which constitute the only process, pleading, or order which have been received. No trial has been had in this action.

3. This action is one which may be removed to the district court for the reason that: (a) the plaintiffs seek judgment for damages resulting from the allegedly negligent operation of a motor vehicle by a federal employee; and (b) at the time of the alleged accident, the federal employee was acting within the scope of his employment as an employee of the US Fish & Wildlife Services within the meaning of 28 U.S.C. § 2679(d)(2).

4. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. Pursuant to written delegation from Joseph P. Russoniello, the duly appointed United States Attorney for the Northern District of California, the Chief of the Civil Division has been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that William Ardren was acting within the course and scope of his employment with the US Fish & Wildlife Services. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

5. Upon removal the United States is automatically substituted for William Ardren, and this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

6. This action is also being removed to the United States District Court on behalf of the US Fish & Wildlife Services pursuant to 28 U.S.C. §§ 1441(a), 1441(b),] 1441(f), and 1442(a)(1). Original jurisdiction lies in a federal forum under 28 U.S.C. § 1331 (civil actions arising under the

NOTICE OF REMOVAL
*Abdulhamid, et al. v. Ardren, et al.*                -2-

1 | Constitution, laws or treaties of the United States), and other applicable authorities, including, but not
2 | limited to, the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.
3 |     7. A copy of this Notice is being filed with the Clerk of the Santa Cruz County Superior
4 | Court. That filing will automatically effect the removal of the action in its entirety to this Court for
5 | all future proceedings.

                                Respectfully submitted,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

Dated: April  1 , 2008        By: _____
                                      NEILL T. TSENG
                                      Assistant United States Attorney

SUM-100

# SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
William Ardren, US Fish & Wildlife Services, and Does 1 to 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Safa Abdulhamid and Afaf Stowell



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
FEB 26 2008
ALEX CALVO, CLERK
BY MICHELLE IRIS
DEPUTY, SANTA CRUZ COUNTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
  Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ<br>Unlimited Jurisdiction District<br>701 Ocean Street, Santa Cruz, CA 95060 | CASE NUMBER:<br>*(Número del Caso):*<br>CV159568 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James C. Almeida (Bar # 180906)           Phone No.: (831) 458-4267
Woodall & Almeida                          Fax No.: (831) 458-5037
1607 Ocean Street, Suite 7, Santa Cruz, CA 95060

DATE: FEB 26 2008       ALEX CALVO       Clerk, by MICHELLE IRIS, Deputy
*(Fecha)*                                 *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☑ on behalf of (specify): US FISH & WILDLIFE SERVICES
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☑ other (specify): CCP 416.50 (Public Entity)
4. ☑ by personal delivery on (date): 3/3/08

*(handwritten margin note: accepted for official service of official capacity only, (signature) Michelle Almeida)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

EXHIBIT A        SUMMONS        Code of Civil Procedure §§ 412.20, 465
                                 LexisNexis® Automated California Judicial Council Forms

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James C. Almeida (State Bar # 180906)<br>Woodall & Almeida<br>1607 Ocean Street, Suite 7<br>Santa Cruz, CA 95060<br>TELEPHONE NO: (831) 458-4267   FAX NO. (Optional): (831) 458-5037<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs' | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ
STREET ADDRESS: 701 Ocean Street
MAILING ADDRESS: 701 Ocean Street
CITY AND ZIP CODE: Santa Cruz 95060
BRANCH NAME: Unlimited Jurisdiction

PLAINTIFF: Safa Abdulhamid and Afaf Stowell

DEFENDANT: William Ardren and US Fish & Wildlife Services

☒ DOES 1 TO 10

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☒ MOTOR VEHICLE  ☐ OTHER (specify):
  ☒ Property Damage  ☐ Wrongful Death
  ☒ Personal Injury  ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded  ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

FILED
FEB 26 2008
ALEX CALVO, CLERK
BY MICHELLE IRIS
DEPUTY, SANTA CRUZ COUNTY

CASE NUMBER:
CV159568

1. Plaintiff (name or names): Safa Abdulhamid and Afaf Stowell
   alleges causes of action against defendant (name or names): William Ardren and US Fish & Wildlife Services

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

PLD-PI-001

| SHORT TITLE: Abdulhamid v. Ardren | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: US Fish & Wildlife Services
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☒ a public entity *(describe)*:
          A Bureau of Dept of Interior
      (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:
      (4) ☐ a public entity *(describe)*:
      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1-5 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 6-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Abdulhamid v. Ardren | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [X] Motor Vehicle
   b. [ ] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other (specify):

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [ ] loss of earning capacity
   g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
    a-f, MV1, MV2

Date: February 19, 2008

James C. Almeida
(TYPE OR PRINT NAME) (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007] COMPLAINT—Personal Injury, Property Damage, Wrongful Death  Page 3 of 3

LexisNexis® Automated California Judicial Council Forms

PLD-PI-001(1)

| SHORT TITLE: Abdulhamid v. Ardren | CASE NUMBER: |
|---|---|

___FIRST___ CAUSE OF ACTION—Motor Vehicle
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Safa Abdulhamid and Afaf Stowell

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* June 23, 2006
at *(place):* On Laurel Street at the intersection of Cedar Street, City of Santa Cruz, County of Santa Cruz, State of California

MV- 2. DEFENDANTS
a. [X] The defendants who operated a motor vehicle are *(names):* William Ardren

   [X] Does ___1___ to ___10___

b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):* US Fish & Wildlife Services

   [X] Does ___1___ to ___10___

c. [ ] The defendants who owned the motor vehicle which was operated with their permission are *(names):*

   [ ] Does _____ to _____

d. [X] The defendants who entrusted the motor vehicle are *(names):* U S Fish & Wildlife

   [X] Does ___1___ to ___10___

e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* William Ardren

   [X] Does ___1___ to ___10___

f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [X] listed in Attachment MV-2f  [ ] as follows:

   [X] Does ___1___ to ___10___

Page ___4___

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James C. Almeida (State Bar # 180906)<br>Woodall & Almeida<br>1607 Ocean Street, Suite 7, Santa Cruz, CA 95060<br>TELEPHONE NO.: (831) 458-4267 FAX NO.: (831) 458-5037<br>ATTORNEY FOR (Name): Plaintiffs | **FILED**<br>FEB 26 2008<br>ALEX CALVO, CLERK<br>BY MICHELLE IRIS<br>DEPUTY, SANTA CRUZ COUNTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ
STREET ADDRESS: 701 Ocean Street
MAILING ADDRESS: 701 Ocean Street
CITY AND ZIP CODE: Santa Cruz 95060
BRANCH NAME: Unlimited Jurisdiction

CASE NAME: Abdulhamid v. Ardren

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CV159568 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

Items 1-5 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [X] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[X] monetary b.[ ] nonmonetary; declaratory or injunctive relief c.[ ] punitive
4. Number of causes of action (specify): ONE (1)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: February 19, 2008

James C. Almeida
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 (Rev. July 1, 2007) | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>LexisNexis® Automated California Judicial Council Forms |

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Safa Abdulhamid and Afaf Stowell

## DEFENDANTS
William Ardren and US Fish & Wildlife Services, and DOES 1 through 10

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

James C. Almeida   (831) 458-4267
Woodall & Almeida
1607 Ocean Street, Suite 7
Santa Cruz, CA 95060

Attorneys (If Known)

Neill T. Tseng   (415) 436-7155
U.S. Attorney's Office
450 Golden Gate Ave., PO Box 36055
San Francisco, CA 94103

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

(Motor Vehicle 350 checked under TORTS/PERSONAL INJURY)

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC §§ 1441(a), 1441(b), 1441(f), 1442(a)(1), and 2679(d)(2)

Brief description of cause:
Removal of state court action against William Ardren

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)

- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE: 4/1/08

SIGNATURE OF ATTORNEY OF RECORD: Neill