```
 1  JOSEPH P. RUSSONIELLO (CNB 44332)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-7155
 6     Facsimile:  (415) 436-6748
       Email: ntseng@usdoj.gov
 7
    Attorneys for Federal Defendants
 8  William Ardren and US Fish & Wildlife Services
```

FILED
APR -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFA ABDULHAMID AND AFAF STOWELL,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILLIAM ARDREN AND US FISH & WILDLIFE SERVICES, and DOES 1 through 10,<br><br>  Defendants. | Case No. 08 1737 PVT<br><br>**CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)** |

I, Joann M. Swanson, hereby certify as follows:

1.   I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to written delegation from Joseph P. Russoniello, the duly appointed United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his employment with reference to the matters alleged in the suit.

//

Certification Pursuant to
28 U.S.C. § 2679(d) - William Ardren                    1

2.    I have reviewed the complaint in the above-captioned action. On the basis of that complaint and certain other information provided to me, pursuant to the provision of § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that William Ardren was acting within the course and scope of his employment as an employee of US Fish & Wildlife Services.

Dated: 3-27, 2008

JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division