JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
Facsimile:  (415) 436-6748
Email: ntseng@usdoj.gov

Attorneys for Federal Defendants
William Ardren and US Fish & Wildlife Services

FILED
2008 APR -2 A 11: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFA ABDULHAMID AND AFAF STOWELL, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM ARDREN AND US FISH & WILDLIFE SERVICES, and DOES 1 through 10, <br><br> Defendants. | CASE NO.:  CV 08-1737 PVT <br><br> **PROOF OF SERVICE OF NOTICE OF REMOVAL** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on April 1, 2008 she caused a copy of:

1) Notice of Removal filed April 1, 2008;

2) Order Setting Initial Case Management Conference and ADR Deadlines filed April 1, 2008; Standing Order for Civil Practice in Cases Assigned for all Purposes to Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management in Civil Cases; Contents of Joint Case Management Statement;

3) Notice of Assignment of Case to a United States Magistrate Judge; Consent to Proceed

NOTICE OF REMOVAL
*Abdulhamid, et al. v. Ardren, et al.*           -1-

Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

4) ECF Registration Information Handout;

5) Welcome to the U.S. District Court for the Northern District of California, Clerk's Office, San Jose Division;

6) Criminal and Civil Law and Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules

7) Drop Box Filing Procedures; and

6) Proof of Service

to be served upon the persons at the place and address stated below, which are the last known address:

James C. Almeida
Woodall & Almeida
1607 Ocean Street, Suite 7
Santa Cruz, CA 95060

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of April 2008 at San Francisco, California.


_____
Diann Lackey
Paralegal Specialist

NOTICE OF REMOVAL
*Abdulhamid, et al. v. Ardren, et al.*                    -2-