JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   Facsimile: (415) 436-6927
   Email: neill.tseng@usdoj.gov
Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SAFA ABDULHAMID and, AFAF STOWELL,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM ARDREN, and U.S. FISH & WILDLIFE SERVICES and DOES 1 through 10,<br><br>    Defendants. | No. C 08-1737 PVT<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Federal Defendants hereby substitute Assistant United States Attorney Neill T. Tseng for Assistant United States Attorney Joann M. Swanson as counsel for the Federal Defendants in the above-referenced action. All future correspondence and pleadings to the United States should be directed to:

AUSA Neill Tseng
United States Attorney's Office
450 Golden Gate Ave., 9th Floor, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7155
Facsimile: (415) 436-6927
neill.tseng@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                          Respectfully submitted,

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

DATED: April 3, 2008        By:      /s/
                                          NEILL T. TSENG
                                          Assistant United States Attorney

NOTICE OF SUBSTITUTION
No. C 08-1737 PVT                  2