| | |
|---|---|
| 1 | JAMES C. ALMEIDA (State Bar # 180906) |
|   | Woodall & Almeida |
| 2 | 1607 Ocean Street, Suite 7 |
|   | Santa Cruz, CA 95060 |
| 3 | Telephone: (831) 458-4267 |
|   | FAX: (831) 458-5037 |
| 4 | |
|   | Attorney for Plaintiffs |
| 5 | |
| 6 | JOSEPH P. RUSSONIELLO (CABN 44332) |
|   | United States Attorney |
| 7 | |
|   | JOANN M. SWANSON (CABN 88143) |
| 8 | Chief, Civil Division |
| 9 | NEILL T. TSENG (CABN 220348) |
|   | Assistant United States Attorney |
| 10 | |
|    | 450 Golden Gate Avenue, Box 36055 |
| 11 | San Francisco, California 94102-3495 |
|    | Telephone: (415) 436-7155 |
| 12 | FAX: (415) 436-6748 |
|    | neill.tseng@usdoj.gov |
| 13 | |
|    | Attorneys for Federal Defendants WILLIAM ARDREN AND US FISH & WILDLIFE |
| 14 | SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SAFA ABDULHAMID AND AFAF STOWELL, | ) | No. CV 08-1737 PVT |
| Plaintiffs, | ) ) ) | STIPULATION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS |
| v. | ) ) | PARTY DEFENDANT |
| WILLIAM ARDREN AND US FISH & WILDLIFE SERVICES, and DOES 1 through 10, | ) ) ) ) | [PROPOSED ORDER] |
| Defendants. | ) ) | |

Subject to the approval of the Court, the parties hereby stipulate that the United States of America shall be substituted as the party defendant for William Ardren and US Fish & Wildlife

STIPULATION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS PARTY DEFENDANT;
[PROPOSED] ORDER
Case No. CV 08-1737 PVT

1  Services.

2      This substitution is required because the Attorney General, through the Chief of the Civil
3  Division of the United States Attorney's Office for the Northern District of California, has
4  certified that defendant William Ardren was acting within the course and scope of his
5  employment with respect to the matters alleged in the complaint. See Certification Pursuant to
6  28 U.S.C. § 2679(d) (Docket #2). Pursuant to 28 U.S.C. § 2679(d)(2), the United States of
7  America should be substituted for William Ardren as the party defendant. Pursuant to 28 U.S.C.
8  § 2679(a), the US Fish & Wildlife Services is not a proper defendant and the United States of
9  America should be substituted as the party defendant.

10
11  DATED: 4/3/08        By:  _____
12                                               JAMES C. ALMEIDA
                                             Attorney for Plaintiffs
13
14                                               JOSEPH P. RUSSONIELLO
                                             United States Attorney
15
16  DATED: 4/3/08        By:  _____
17                                               NEILL T. TSENG
                                             Assistant United States Attorney
18                                               Attorneys for Federal Defendants
19
20  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
21
22  DATED:
                                             HONORABLE PATRICIA V. TRUMBULL
23                                               UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

STIPULATION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS PARTY DEFENDANT;
[PROPOSED] ORDER
Case No. CV 08-1737 PVT