UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAFA ABDULHAMID and
AFAF STOWELL,
    Plaintiff(s),

v.

UNITED STATES of AMERICA

    Defendant(s).
_____/

Case No. CV-08-1737 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6-27-08

                    [signature]
                    [Party]

Dated: 6/27/08

                    [signature]
                    [Counsel] Neill Tseng, AUSA
                    Counsel for Defendant

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05