1  JAMES C. ALMEIDA (State Bar # 180906)
   Woodall & Almeida
2  1607 Ocean Street, Suite 7
   Santa Cruz, CA 95060
3  Telephone: (831) 458-4267
   FAX: (831) 458-5037
4
   Attorney for Plaintiffs
5

6  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
7  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
8  NEILL T. TSENG (CABN 220348)
   Assistant United States Attorney
9
       450 Golden Gate Avenue, Box 36055
10     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
11     FAX: (415) 436-6748
       neill.tseng@usdoj.gov
12
   Attorneys for Defendant UNITED STATES OF AMERICA
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17
   SAFA ABDULHAMID AND          )    No. CV 08-1737 PVT
18 AFAF STOWELL,                )
                                )
19      Plaintiffs,             )    STIPULATION TO RESET DATE OF
                                )    INITIAL CASE MANAGEMENT
20      v.                      )    CONFERENCE; [PROPOSED] ORDER
                                )
21 UNITED STATES OF AMERICA     )
   and DOES 1 through 10,       )
22                              )
        Defendants.             )
23 ─────────────────────────── )
                                )
24

25      Subject to the approval of the Court, the parties hereby stipulate that the date of the initial

26 case management conference (the "initial CMC"), currently set for July 22, 2008 at 2:00 p.m.,

27 shall be reset to August 12, 2008 at 2:00 p.m.  This is the first request to change the date of the

28 initial CMC.  This request is made because counsel for defendant United States of America will

STIPULATION TO RESET DATE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CV 08-1737 PVT

1   be in Columbia, South Carolina, from July 14-24 attending a DOJ Trial Advocacy Course, and

2   therefore will be unable to attend the initial CMC on July 22.  The first Tuesday afternoon after

3   July 22 that defendant United States of America's counsel is available is August 12, because said

4   counsel has a hearing on July 29 at 1:00 p.m. in Oakland before Judge Armstrong in <u>Our

5   Children's Earth Foundation v. US EPA</u>, C 08-1461 SBA, and has a deposition scheduled for the

6   afternoon of August 5.

7       The parties are actively discussing settlement and are cautiously optimistic that a

8   settlement will be reached before August 12.

9

10  DATED: July 9, 2008          By:    _____/s/_____

11                                      JAMES C. ALMEIDA
                                        Attorney for Plaintiffs

12

13                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney

14

15  DATED: July 9, 2008          By:    _____/s/_____

16                                      NEILL T. TSENG
                                        Assistant United States Attorney

17                                      Attorneys for Defendant UNITED STATES OF
                                        AMERICA

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20

21  DATED:                               _____

22                                       HONORABLE PATRICIA V. TRUMBULL
                                         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATION TO RESET DATE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CV 08-1737 PVT