**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SAFA ABDULHAMID, AFAF STOWELL,                    C 08-1737 PVT

        *Plaintiff(s),*

                                             **CLERK'S NOTICE RESCHEDULING**
                                             **CASE MANAGEMENT CONFERENCE**

*vs.*

UNITED STATES OF AMERICA,

        Defendant(s).

_____

      Please take notice that the Case Management Conference previously scheduled  for July 22, 2008 has been rescheduled for **August 12, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**    Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: July 10,  2008
                          /s/ Corinne Lew
                          _____
                          Corinne Lew
                          DEPUTY CLERK