1  JAMES C. ALMEIDA (State Bar # 180906)
   Woodall & Almeida
2  1607 Ocean Street, Suite 7
   Santa Cruz, CA 95060
3  Telephone: (831) 458-4267
   FAX: (831) 458-5037
4
   Attorney for Plaintiffs
5

6  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
7  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
8  NEILL T. TSENG (CABN 220348)
   Assistant United States Attorney
9
       450 Golden Gate Avenue, Box 36055
10     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
11     FAX: (415) 436-6748
       neill.tseng@usdoj.gov
12
   Attorneys for Defendant UNITED STATES OF AMERICA
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17
   SAFA ABDULHAMID AND           )   No. CV 08-1737 PVT
18 AFAF STOWELL,                  )
                                  )   JOINT CASE MANAGEMENT
19         Plaintiffs,            )   CONFERENCE STATEMENT
                                  )
20      v.                        )
                                  )
21 UNITED STATES OF AMERICA       )
   and DOES 1 through 10,         )
22                                )
           Defendants.            )
23 _____ )
                                  )
24
        The parties hereby jointly submit this joint statement for the initial case management
25
   conference scheduled for August 12, 2008.
26
        The parties have reached a settlement and expect to file a stipulation for settlement before
27
   August 12.  The parties do not expect that the case management conference will need to go
28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CV 08-1737 PVT

1  forward.

DATED: August 5, 2008        By:        /s/
                                         JAMES C. ALMEIDA
                                         Attorney for Plaintiffs


                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

DATED: August 5, 2008        By:        /s/
                                         NEILL T. TSENG
                                         Assistant United States Attorney
                                         Attorneys for Defendant UNITED STATES OF
                                         AMERICA

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CV 08-1737 PVT