1  JAMES C. ALMEIDA (State Bar # 180906)
   Woodall & Almeida
2  1607 Ocean Street, Suite 7
   Santa Cruz, CA 95060
3  Telephone: (831) 458-4267
   FAX: (831) 458-5037
4
   Attorney for Plaintiffs
5

6  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
7  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
8  NEILL T. TSENG (CABN 220348)
   Assistant United States Attorney
9
       450 Golden Gate Avenue, Box 36055
10     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
11     FAX: (415) 436-6748
       neill.tseng@usdoj.gov
12
   Attorneys for Defendant USA
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17
   SAFA ABDULHAMID AND              )    No. CV 08-1737 PVT
18 AFAF STOWELL,                    )
                                    )
19        Plaintiffs,               )    STIPULATION TO DISMISS
                                    )    COMPLAINT; [PROPOSED] ORDER
20     v.                           )
                                    )
21 UNITED STATES OF AMERICA         )
   and DOES 1 through 10,           )
22                                  )
          Defendants.               )
23 _____  )
                                    )
24
       Parties stipulate to the following, subject to the approval of the Court:
25
       WHEREAS, the Court on August 11, 2008, approved the parties' Stipulation and Agreement
26
   of Compromise and Settlement filed on August 8, 2008;
27
       WHEREAS, plaintiffs' counsel has received the settlement amount in full;
28

STIPULATION TO DISMISS COMPLAINT; [PROPOSED] ORDER
CV 08-1737 PVT

1   THEREFORE, plaintiffs' complaint in this action is hereby dismissed with prejudice and all
2   pending discovery, motion hearing dates, pretrial deadlines and other case management dates
3   associated with this litigation are vacated.
4   SO STIPULATED.

6   DATED: September 24, 2008                    /s/
7                                                JAMES C. ALMEIDA
                                                 Attorney for Plaintiffs

9                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney

11  DATED: September 24, 2008        By:         /s/
12                                                NEILL T. TSENG
                                                 Assistant United States Attorney
                                                 Attorneys for Defendant USA

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

17  DATED:  9/26/08                              /s/ Patricia V. Trumbull
18                                               HONORABLE PATRICIA V. TRUMBULL
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION TO DISMISS COMPLAINT; [PROPOSED] ORDER
CV 08-1737 PVT